■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY HAMILTON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kramer, J.), rendered December 17, 1987, convicting him of criminal sale of a controlled substance in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that he was denied the effective assistance of trial counsel. We find that when considered as a whole, trial counsel's performance was sufficiently competent to satisfy the defendant's constitutional right to the effective assistance of counsel *(see, People v Baldi,* 54 NY2d 137).

Since the defendant failed to object to the closure of the courtroom at trial when the undercover officer testified, the issue is unpreserved for appellate review *(see, People v Scott,* 134 AD2d 379; *People v Boyd,* 64 AD2d 668). Kunzeman, J. P., Balletta, Miller and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HARAMI, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered December 20, 1988, convicting him of criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Kunzeman, O'Brien and Ritter, JJ., concur.